UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS RICHARD WETZEL, III,

    Plaintiff,

v.                                           Case No. 20-C-1518

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

    Plaintiff's counsel approached defendant's counsel in an attempt to settle attorney fees under the Equal Access to Justice Act (EAJA). Plaintiff's counsel logged 33.20 hours of attorney time and 1.80 hours of non-attorney time. The parties have since reached agreement and have submitted a Stipulated Motion to an Award of Attorney Fees. Based upon the foregoing Stipulated Motion and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

    **IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $6,947.25 (six thousand nine-hundred forty-seven dollars and twenty-five cents) shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy preexisting debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

    Dated at Green Bay, Wisconsin this 13th day of December, 2021.

                                                                              s/ William C. Griesbach
                                                                              William C. Griesbach
                                                                              United States District Judge